**No. 40656.**—Protest 3582–G of Abraham & Straus, Inc. (New York).

Opinion by TILSON, J. From the record it was found that certain items consist of articles in chief value of cellulose filaments similar to those involved in Abstract 37230. The claim at 60 percent under paragraph 31 was therefore sustained.

**No. 40657.**—Protests 845011–G, etc., of L. Oppleman, Inc. (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of air pistols or parts the same as those the subject of *Laszlo* v. *United States* (C. D. 47). The claim at 27½ percent under paragraph 372 was therefore sustained.

**No. 40658.**—Protest 883602–G of Leonard W. Moritz Co. (New York).

Opinion by DALLINGER, J. It appeared that the price paid for the complete separators was $16 each. The claim for free entry under paragraph 1604 was therefore sustained.

**No. 40659.**—Protest 954396–G of Thomas Import Co. (New York).

Opinion by DALLINGER, J. It was stipulated that the brass shells in question are designed solely for use as parts of Christmas-tree lighting sets similar to those the subject of Abstract 37615. The claim at 35 percent under paragraph 353 was therefore sustained.

**No. 40660.**—Protests 507514–G, etc., of Gimbel Bros., Inc., et al. (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of atomizers, boxes, bowls. trays, inkstands, bookends, match boxes, and baskets chiefly used in the household for utilitarian purposes. The claim at 40 percent under paragraph 339 was therefore sustained. *United States* v. *Friedlaender* (21 C. C. P. A. 103, T. D. 46445), *Dow* v. *United States* (id. 282, T. D. 46816), and *Rice* v. *United States* (T. D. 49373) cited.

**No. 40661.**—Protests 543289–G, etc., of Jacob Tanenbaum (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of curling irons chiefly used in the household for utilitarian purposes. The claim at 40 percent under paragraph 339 was therefore sustained. Abstract 38680 cited.